JS6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN SHENAS | NO.: **2:22-cv-09360-RGK-RAO** |
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** **[47]** |
| vs. | |
| JAGUAR LAND ROVER NORTH AMERICA, LLC, et al, | |
| Defendants. | **Assigned to:** Judge R. Gary Klausner Magistrate Judge Rozella A. Oliver |

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

Plaintiff's action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This Court will retain jurisdiction over enforcement of the Rule 68 Offer of Judgment served by Defendant Jaguar Land Rover North America, LLC, including ruling on a fee motion served by Plaintiff.

DATED: 2/12/2024 _____

HONORABLE

UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING JOINT STIPULATION
FOR DISMISSAL